AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DAVID DEBOARD

       Plaintiff

    v.

SOLID ROCK PROPERTIES, LLC
SRL CORP.
SCOTT LOMBARD

       Defendants

Civil Action No.  1:22-cv-435

_____

SOLID ROCK PROPERTIES, LLC

       Third Party Plaintiff

    v.

PHILLIP A. TROYER, INC.
FORESIGHT CONSULTING, LLC

       Third Party Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

 _X_  Other:  This case is DISMISSED. Judgment ENTERED in favor of Defendants Solid Rock
Properties, LLC, SRL Corp., and Scott Lombard and against Plaintiff David DeBoard.

AO 450 (Rev. 01/09)  Judgment in a Civil Action

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

 _X_  decided by Chief Judge Holly A. Brady.

DATE: 3/29/2024                              CHANDA J. BERTA, CLERK OF COURT


                                             by   s/A. Highlen _____
                                             *Signature of Clerk or Deputy Clerk*